371 A.2d 866
Commonwealth v. Thomas, Appellant.

Submitted June 14, 1976. Tommy Dellell Thomas, appellant, in propria persona; Harold E. Sheely, for Commonwealth, appellee.

OPINION PER CURIAM: Case remanded to the lower court to allow appellant to file a petition to withdraw his guilty plea nunc pro tunc. See Commonwealth v. Roberts, 237 Pa.Superior Ct. 336, 352 A.2d 140 (1975) and Commonwealth v. Velasquez, 238 Pa.Superior Ct. 368, 357 A.2d 155 (1976).

VAN der VOORT, dissents.

371 A.2d 866
Commonwealth v. Tollar, Appellant.

Submitted April 12, 1976. Simon B. John, Assistant Public Defender, for appellant; Conrad B. Capuzzi, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.